UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Trustees of the Operating Engineers Local 137, 137A, 137B, ) 
137C & 137R Annuity Fund, Pension Fund, Welfare Fund, )
Vacation Fund, Savings/PSL, Industry Advancement Fund, ) Index # 25-cv-02501 (CS)
Apprenticeship Skill Improvement & Safety Fund, the Political )
Action Committee and the International Union of Operating )
Engineers, Local 137, 137A, 137B, 137C & 137R, )
                                                   Plaintiffs, ) DEFAULT JUDGMENT
                                                   -against- )

NDL ASSOCIATES, INC., and NEIL DELIETO, Individually, )
                                                   Defendants, )

---

This action having been commenced on March 27, 2025 with the filing of the summons and complaint and the summons and complaint was served upon the Defendant, NDL Associates, Inc., on April 29, 2025, via NYS Secretary of State. The Proof of Service was filed with the Clerk of this Honorable Court on April 30, 2025. The Summons and Complaint was served upon the Individual Defendant, Neil DeLieto, by affixing a true copy to the door of Individual's last known residence on May 2, 2025 and mailing a true copy to Individual Defendant's last known residence on May 5, 2025. The Proof of Service was filed with the Clerk of this Honorable Court on May 22, 2025. The defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant, NDL Associates, Inc., in the liquidated amount of Two Hundred Twenty One Thousand Eight [Seven] Hundred Thirty Nine [Seven] Dollars and Eight Cents ($221,[7]839.08) which includes benefit fund contributions owed for the period of January 1, 2022 through December 31, 2024 in the minimum sum of One Hundred Seventy-Seven Thousand Three Hundred Ninety Five Dollars and Thirty Two Cents ($177,395.32); plus Eighteen Thousand Three [Two] Hundred Ninety-Eight Dollars and Eighty-Three Cents ($18,[2]398.83) in interest calculated at ten percent (10%) per annum from the date due through May 16, 2025; plus Seventeen Thousand Seven Hundred Thirty

Nine Dollars and Fifty-Three Cents ($17,739.53) in Liquidated Damages calculated at ten percent (10%) of the principal amount due; plus Audit Fees in the amount of Three Thousand Five Hundred Thirty-Three Dollars and Forty Cents ($3,533.40); plus reasonable Attorney's Fees in the amount of Four Thousand One Hundred Sixty-One Dollars ($4,161.00); plus court costs and disbursements in the amount of Six Hundred and Eleven Dollars ($611.00);

AND IT IS FURTHER ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Individual Defendant Neil DeLieto, in the liquidated amount of Twenty Seven Thousand Four Hundred Twenty Seven Dollars and Thirty-two Cents ($27,427.32); which includes the principal amount of Union Dues, Political Action Committee and Annual Benefit Fund deductions withheld from member paychecks for the period of January 1, 2022 through December 31, 2024 in the amount of One Thousand One Hundred Fifty-two Dollars and Forty Cents ($1,152.40) calculated at nine percent (9%) per annum for the period of January 1, 2025 through June 30, 2025; plus Six Hundred Sixty-Six Dollars ($666.00) for costs and disbursements; and it is

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendants and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
        July 31, 2025

So Ordered:

_____
Honorable Cathy Seibel, U.S.D.J.